**Order entered August 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-01533-CV

---

**IN RE FIRST CHRISTIAN METHODIST EVANGELISTIC CHURCH, Relator**

---

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-11718**

---

## ORDER
Before Justices Schenck, Partida-Kipness, and Reichek

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial court to issue written rulings vacating the trial court's December 14, 2018 order denying the Church's plea to the jurisdiction and granting the Church's plea to the jurisdiction within thirty (30) days of the date of this order. We further **ORDER** the trial court to file with this Court, within the time for compliance with the Court's opinion and order of this date, a certified copy of its written rulings evidencing such compliance. Should the trial court fail to comply with this order, the writ will issue. We **LIFT** this Court's December 27, 2018 stay of the underlying proceeding.

/s/    AMANDA L. REICHEK
        JUSTICE